02-10-442-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00442-CV 

 

 


 
 
 In re $336.00 in U.S. Currency and
 Eleven "8" Liners
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of
mandamus and is of the opinion that relief should be denied.  Accordingly, relator’s
petition for writ of mandamus is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL: 
LIVINGSTON, C.J; MEIER and GABRIEL, JJ.

 

DELIVERED: 
January 5, 2011











          [1]See
Tex. R. App. P. 47.4, 52.8(d).